James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Expansion Capital Group, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Kristensen, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>Expansion Capital Group, LLC,<br><br>Defendant. | Case No. 2:16-cv-00982-JFW (JEMx)<br><br>**NOTICE OF APPEARANCE OF JAMES G. SNELL FOR DEFENDANT EXPANSION CAPITAL GROUP, LLC** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that James G. Snell of Perkins Coie LLP, a member of the State Bar of California and admitted to practice before the Court, is appearing as counsel of record for Defendant Expansion Capital Group, LLC. Copies of all documents and pleadings with regard to this litigation are to be electronically served on the undersigned counsel.

DATED: April 20, 2016

**PERKINS COIE LLP**

By: */s/ James G. Snell*
James G. Snell, Bar No. 173070
JSnell@perkinscoie.com

Attorneys for Defendant
Expansion Capital Group, LLC

NOTICE OF APPEARANCE
Case No. 2:16-cv-00982-JFW (JEMx)