1 **MARTIN & BONTRAGER, APC**
2 G. Thomas Martin, III (SBN 218456)
3 Nicholas J. Bontrager (SBN 252114)
  6464 W. Sunset Ave., Ste. 960
4 Los Angeles, CA 90028
  T: (323) 940-1700
5 F: (323) 238-8095
6 Tom@mblawapc.com
  Nick@mblawapc.com
7
8 ADDITIONAL COUNSEL LISTED ON NEXT PAGE
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KRISTENSEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> EXPANSION CAPITAL GROUP, LLC, <br><br> Defendant. | Case No. 2:16-cv-00982-JFW-JEM <br><br> **STIPULATION FOR ORDER EXTENDING DATE BY WHICH DEFENDANT MUST RESPOND TO COMPLAINT AND BY WHICH PLAINTIFF MUST FILE MOTION FOR CLASS CERTIFICATION** <br><br> [Proposed Order Submitted Herewith] |

1

1 | James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
2 | PERKINS COIE LLP
3150 Porter Drive
3 | Palo Alto, CA  94304-1212
Telephone:  650.838.4300
4 | Facsimile:  650.838.4350

5 | Attorneys for Defendant
Expansion Capital Group, LLC

2

Plaintiff John Kristensen ("Plaintiff"), by and through his counsel of record, and Defendant, Expansion Capital Group, LLC ("Defendant"), by and through its counsel of record (collectively, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on February 11, 2016, Plaintiff filed his Complaint for Damages and Injunctive Relief pursuant to the Telephone Consumer Protection Act, 47 U.S.C. section 227 *et seq.* and California Penal Code section 632, *et seq.*;

**WHEREAS**, counsel have engaged in discussions and have agreed to extend Defendant's time to respond to the Complaint by thirty (30) days, from April 20, 2016 to May 23, 2016;

**WHEREAS**, Local Rule 23-3 provides: "Within 90 days after service of a pleading purporting to commence a class action other than an action subject to the Private Securities Litigation Reform Act of 1995, P.L. 104-67, 15 U.S.C. § 77z-1 et seq., the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court;"

**WHEREAS**, pursuant to Local Rule 23-3, Plaintiff's current deadline to file his motion for class certification under Federal Rule of Civil Procedure 23 is June 29, 2016;

**WHEREAS**, the Parties have not held a conference under Federal Rule of Civil Procedure 26(f), thus, discovery has not yet opened;

**WHEREAS**, Plaintiff intends to take discovery related to class certification issues, Defendant wishes to meet and confer about class related discovery, and the parties therefore stipulate and seek the Court's order that the Local Rule 23-3 date be postponed until such time that the parties have met and conferred about discovery and have addressed such issues with the Court as part of an overall case schedule;

**WHEREAS**, though the parties have yet to meet and confer, Plaintiff contends that he is entitled to take and intends to take the deposition of at least the following individuals: 1) Defendant's corporate representative ("PMK") regarding Defendant's records pertaining to Plaintiff's account; 2) Defendant's PMK regarding Defendant's telephone dialing system(s) and call recording system(s); and (3) Defendant's PMK regarding Defendant's TCPA and California Penal Code compliance procedures and policies, and further intends to serve written discovery including the issuance of written interrogatories, requests for admission, and requests for production of documents;

**WHEREAS**, in *Misra v. Decision One Mortg. Co.,* 673 F.Supp.2d 987, 993 (C.D. Cal. 2008), the court extended the class certification deadline beyond 90 days where "discovery [was] slow to commence," and "through no fault of Plaintiffs, the 90-day cut-off contemplated by the Local Rules occurred prior to the Rule 16 scheduling conference;"

**WHEREAS**, counsel for the parties conferred and agreed to extend Plaintiff's deadline for filing a Motion for Class Certification and will propose such a deadline, as well as a proposed briefing schedule, to this Honorable Court by way of the parties' Joint Rule 26(f) Scheduling Report and Scheduling Conference;

**WHEREAS**, this Stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: April 20, 2016 | **MARTIN & BONTRAGER, APC** |
| | /s/ Nicholas J. Bontrager |
| | Nicholas J. Bontrager |
| | *Attorneys for Plaintiff* |
| Dated: April 20, 2016 | **PERKINS COIE LLP** |
| | By: */s/ James G. Snell* |
| | James G. Snell, Bar No. 173070 |
| | JSnell@perkinscoie.com |
| | Attorneys for Defendant Expansion Capital Group, LLC |

I, James G. Snell, hereby attest, pursuant to C.D. Cal. Local Rule 5-4.3.4, that the concurrence to the filing of this document has been obtained from each signatory hereto.

| | |
|---|---|
| Dated: April 20, 2016 | **PERKINS COIE LLP** |
| | By: */s/ James G. Snell* |
| | James G. Snell, Bar No. 173070 |
| | JSnell@perkinscoie.com |
| | Attorneys for Defendant Expansion Capital Group, LLC |