**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
JOHN KRISTENSEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN KRISTENSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPANSION CAPITAL GROUP, LLC,<br><br>Defendant. | **Case No. 2:16-cv-00982-JFW-JEM**<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

///

///

///

///

///

I, G. Thomas Martin, III, Lead Trial Counsel for Plaintiff in this matter, hereby declare that:

1. I have registered as an "ECF User" for the Central District of California;
2. I hereby consent to receive filed documents via electronic means; and
3. My "Email Address of Record" is: Tom@mblawapc.com.

I hereby declare that the above statements are true and correct under penalty of perjury of the United States of America, executed on the 16th day of May 2016 at Los Angeles, California.

**MARTIN & BONTRAGER, APC**

By: *_/s/ G. Thomas Martin, III_*
G. Thomas Martin, III
Attorneys for Plaintiff

**PROOF OF SERVICE**

I filed electronically on this 16th day of May, 2016, **DECLARATION OF G. THOMAS MARTIN, III RE: ELECTRONIC FILING**, with:

United States District Court CM/ECF system
Notification sent electronically on this 16th day of May, 2016, to:

James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Expansion Capital Group, LLC

This 16th day of May, 2016

s/ G. Thomas Martin, III

G. Thomas Martin, III