**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
JOHN KRISTENSEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN KRISTENSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPANSION CAPITAL GROUP, LLC,<br><br>Defendant. | **Case No. 2:16-cv-00982-JFW-JEM**<br><br>**JOINT STATEMENT OF LR 7-3 MEET AND CONFER RE: PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

///

///

///

///

///

Pursuant to Local Rule 7-3 and this Court's Standing Order at Paragraph 5(b), on June 29, 2016, Nicholas Bontrager, lead trial counsel for Plaintiff John Kristensen, and James Snell, lead trial counsel for Defendant Expansion Capital Group, LLC met and conferred by telephone regarding Plaintiff's Motion for Class Certification. On June 28, 2016 at approximately 11:21am, Mr. Bontrager sent via e-mail Plaintiff's proposed motion for class certification and requested that Mr. Snell review it so the parties can have a telephone conversation to discuss. On June 29, 2016, Mr. Bontrager and Mr. Snell conducted a telephone conference regarding Plaintiff's proposed motion discussing the facts, defenses and arguments related to Plaintiff seeking certification of the alleged TCPA and 632 classes, including:

1. Defendant does not believe that it has any liability to Plaintiff or any putative class under Penal Code § 632.7 on the basis that it does not believe that the statute intends to impose liability to parties to the call. Plaintiff respectfully disagrees and cites to authority in his certification brief which holds the contrary position.

2. Defendant does not believe that it has any liability to Plaintiff or any putative class under the TCPA on the basis that it did not actually place the calls at issue in this matter. Plaintiff respectfully disagrees and cites to authority in his certification brief which holds the contrary position.

3. Defendant contests the specific substantive grounds for the proposed motion for class certification, including, but not limited to the following issues: ascertainability, numerosity, commonality, typicality, adequacy, predominance, superiority, standing, and the inappropriateness of a 23(b)(2) class.

4. On these issues, the parties are respectfully at an impasse wherein Plaintiff contends his filing his motion seeking class certification is warranted.

5. Plaintiff intends on filing his motion seeking class certification today, June 29, 2016, in compliance with Local Rule 23-3 and this Honorable Court's orders.

**MARTIN & BONTRAGER, APC**

By: *<u>/s/ Nicholas J. Bontrager</u>*
Nicholas J. Bontrager
Attorneys for Plaintiff

**Perkins Coie LLP**

By: *<u>/s James G. Snell</u>*
James G. Snell
Attorneys for Defendant
Expansion Capital Group, LLC

## PROOF OF SERVICE

I filed electronically on this 29th day of June, 2016, **JOINT STATEMENT OF MEET AND CONFER**, with:

United States District Court CM/ECF system
Notification sent electronically on this 29th day of June, 2016, to:

James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Expansion Capital Group, LLC

This 29th day of June, 2016

s/Nicholas J. Bontrager

Nicholas J. Bontrager