**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
JOHN KRISTENSEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KRISTENSEN, Individually and On Behalf of All Others Similarly Situated, | Case No.: 2:16-cv-00982-JFW-JEM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| EXPANSION CAPITAL GROUP, LLC, | |
| Defendant. | |

NOW COMES Plaintiff, JOHN KRISTENSEN ("Plaintiff"), by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached a settlement on an individual (i.e., not class-wide) basis. The parties are diligently working on the settlement documentation and Plaintiff anticipates filing a voluntary dismissal of this action

with prejudice as to Plaintiff's individual claims pursuant to FED. R. CIV. P. 41(a)(1)(A) within thirty (30) days. Plaintiff requests that the Court vacate all pending hearings and deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Date: July 1, 2016                **MARTIN & BONTRAGER, APC**

                                      By:*/s/ Nicholas J. Bontrager*
                                          Nicholas J. Bontrager
                                          Attorneys for Plaintiff

## PROOF OF SERVICE

I filed electronically on this 1ST day of July, 2016, **NOTICE OF SETTLEMENT**, with:

United States District Court CM/ECF system

Notification sent electronically on this 1ST day of July, 2016, to:

James G. Snell
Perkins Coie LLP
3150 Porter Drive 134
Palo Alto, CA 94304-1212
JSnell@perkinscoie.com


This 1ST day of July, 2016

s/Nicholas J. Bontrager

Nicholas J. Bontrager