UNITED STATES DISTRICT COURT  js-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-982-JFW (JEMx)**                                    Date:  July 19, 2016

Title:     John Kristensen -v- Expansion Capital Group, LLC

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**    ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT [filed 7/1/2016; Docket No. 33]

    On July 1, 2016, Defendant Expansion Capital Group, LLC ("Defendant") filed a Motion to Dismiss First Amended Complaint.  Plaintiff John Kristensen ("Plaintiff") did not file an Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for August 8, 2016 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

    Pursuant to Local Rule 7-9, Plaintiff was required to file and serve his Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion," or July 18, 2016.  See Local Rule 7-9.  Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."  See Local Rule 7-12.  As of the filing of this Order, Plaintiff has not filed an Opposition to Defendant's Motion to Dismiss First Amended Complaint.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Defendant's Motion to Dismiss First Amended Complaint.

    Accordingly, Defendant's Motion to Dismiss First Amended Complaint is **GRANTED**, and Plaintiff's First Amended Complaint is **DISMISSED with prejudice and without leave to amend.**


    IT IS SO ORDERED.